<u>**APPENDIX LIST**</u>

**Appendix A -** Email from Beth Henderson, November 4,2021 offering Deed in Lieu of Foreclosure.

**Appendix B -** Email from Beth Henderson, November 18,2021 unauthorized actions.

**Appendix C –** 30 Day Demand to the Bank

**Appendix D –** Banks Reply to Demand

**Appendix E –** Work order from Caribou Utilities District

**Appendix F –** Email from Zurich concerning portal claim

**Appendix G -** Email from Zurich closing claim

**Appendix H –** Judge Mallonee's Void Order

**Appendix I –** Federal Court Docket

**Appendix J –** Email from Solman concerning Insurance Claim

**Appendix K – Various Motions and Denials**

**Appendix L –** Estimate Cost to Replace Home