# Caribou Water

## Work Order

Work Order #: 000000007511

| | |
|---|---|
| Name: DAVE & SANDY MERRETT | Issue Date: 06/03/2022 14:35 |
| Location No: 0001400170 | Process Date: 06/06/2022 |
| Account No: 0001400170D | Process Time: 03:00 PM |
| Route: 140   Read Seq: 00095 | Requested By: sandy (937)813-8542 |
| Address: 035 YORK STREET | Assigned To: FRE   By: ADM |
| Phone No: (937)813-8542 | |

## Completion Information

Work Done By: _____   Date Completed: _____   Time: _____

Completion Comments:

Dec. 29th

## Tasks

### Task 1: MIS - MISC. WORK DONE

| | | |
|---|---|---|
| Service: WATER | Meter Size: 5/8" METER | Remote No: 1548946748 |
| Prior Read Date: 06/01/2021 | Prior Read: 24890 | Transmitter No: 1548946748 |
| Old Meter No: 73311757 | Old Meter Read: | |
| New Meter No: | New Meter Read: 270235 | |
| | Utility Notes: IPEARL RR/ SEAL#13464 | |

Task Request Comments:

Read meter. Sandy wants to know how much water when through her house. From June 1, 2021 to shut off time.

Task Completion Comments:

1.8 mill gals    3

Dec. 19, 2021