# Profile and Unit Cost Report

**Name**
  Marrett, Sandy
**Mailing Address:**
  35 York St
  Caribou ME  04736
**Property Address:**
  35 York St
  Caribou ME  04736

**Policy Number:**
**Account Number:**
**Effective Date:**
**Current Coverage:**
**Agent Name:** Russell, Todd
  Weber Insurance
**Branch Office:** Agency, Maine License # AGR210441
**Cost As Of:** 2/15/2024
**Value Basis:** Reconstruction
**Number of Families:** 2

**Comments:**

## Cost Estimate

**Coverage A**

| | |
|---|---:|
| Reconstruction Cost w/o Debris Removal | 310,783 |
| Debris Removal | 14,059 |
| Reconstruction Cost with Debris Removal | 324,842 |
| Depreciation | 0 |
| Actual Cash Value | 324,842 |

**Coverage B**

| | |
|---|---:|
| Reconstruction cost w/o Debris Removal | 23,709 |
| Debris Removal | 1,073 |
| Reconstruction Cost with Debris Removal | 24,782 |
| Depreciation | 0 |
| Actual Cash Value | 24,782 |
| Coverage B % of Total RC | 8% |

| Category | Total |
|---|---:|
| General Conditions: | 15,528 |
| Sitework: | |
| Foundations: | 28,540 |
| Slab On Grade: | 5,436 |
| Framing: | 37,358 |
| Roofing: | 7,810 |
| Exterior Walls: | 52,097 |
| Partitions: | 22,879 |
| Wall Finishes: | 12,619 |
| Floor Finishes: | 19,626 |
| Ceiling Finishes: | 7,787 |
| Equipment: | 36,366 |
| Conveying Systems: | |
| Plumbing Systems: | 27,776 |
| HVAC Systems: | 17,117 |
| Electrical Systems: | 14,860 |
| Attached Structures: | 4,984 |
| **Subtotals: $** | **310,783** |

## Property Description          Main Home

| | |
|---|---|
| Year Built | 1950 |
| Predominant Style | 2 Story |
| Number of Stories | 2 |
| Total Living Area | 1500 |
| % Cathedral Ceilings | |
| % Slab | |
| % Crawl Space | |
| % Basement | 100 Non-daylight |
| % Basement Finished | 50 Standard |
| % Pier Foundation | |
| % Hillside Foundation | |
| Slope | |
| Shape | |
| Site Access | Flat Area/Easy Access Roads |

## Exterior Items

**Exterior Walls**
100%  Siding, Vinyl

**Roofing**
100%  Shingles, Asphalt/Fiberglass

**Windows**

## Interior Items

**Partitions**
100%  Drywall

**Wall Coverings**
76%  Paint
 5%  Paneling, Knotty Pine
 6%  Paneling, Sheet

100% Sash, Wood with Glass, Standard

**Doors (Exterior)**
2  Door, Wood, Exterior

**Attached Structures**
200 SF  Wood Deck, Square Feet

**Detached Structures**
1  Detached Garage, 1 Car

**Special Items (Exterior)**

---

## Construction Details

**Roof Style/Slope**
100%  Gable, Moderate Pitch

**Basement Details**
8 LF  Basement Depth
1    Number of Basement Levels
1    Stairs, Basement, w/Railing

**Superstructure Framing**

**Electrical & Wiring**
100%  200 Amp Service, Standard

13%  Wallpaper, Vinyl

**Ceilings**
100%  Drywall

**Flooring**
9%  Carpet over Hardwood, Acrylic/Nylon
40%  Carpet, Acrylic/Nylon
33%  Hardwood
5%  Tile, Ceramic
13%  Vinyl

**Doors (Interior)**
12  Door, Hollow Core, Birch

**Moldings**

**Staircases**
1  Staircase, Straight, Softwood

**Interior Items**
2  Kitchen, Builder's Grade
2  Full Bath, Builder's Grade

**HVAC**
100%  Heating, Oil

**Miscellaneous Systems (Interior)**

---

MS/B costs include labor and material, normal profit and overhead as of date of report. Costs represent general estimates that are not to be considered a detailed quantity survey.

