| | |
|---|---|
| **From:** | Sandy Marrett |
| **To:** | MED_Joint ECF Inbox |
| **Subject:** | ECF Registration and New Case Filing |
| **Date:** | Friday, August 23, 2024 10:35:35 AM |
| **Attachments:** | EFC Registration 08232024.pdf |
| | Motion to Proceed 08232024.pdf |
| | Civil Cover Sheet 08232024.pdf |
| | Final Federal Compalint.pdf |
| | Federal Complaint Appendix List.pdf |

**CAUTION - EXTERNAL:**

To Whom it May Concern,

David and Sandy Marrett
184 Vineland Ave.
East Longmeadow, MA 01028
(843) 471-6099
sandymarrett@proton.me
are submitting the following documents.

1. EFC Registration
2. Application to Proceed Without Fees
3. Civil Cover Sheet
4. Federal Complaint
5. Federal Appendix Sheet

I will be sending subsequent emails attaching all Appendix's.


Thank you for your time in this urgent matter.
David and Sandy Marrett


Sent with Proton Mail secure email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.