| | |
|---|---|
| **From:** | Sandy Marrett |
| **To:** | MED_Joint ECF Inbox |
| **Subject:** | Marrett Attachments |
| **Date:** | Friday, August 23, 2024 10:38:09 AM |
| **Attachments:** | Federal Appendix D.pdf |
| | Federal Appendix B.pdf |
| | Federal Appendix A.pdf |
| | Federal Appendix J.pdf |
| | Federal Appendix G.pdf |
| | Federal Appendix E.pdf |
| | Federal Appendix F.pdf |
| | Federal Appendix C.pdf |
| | Federal Appendix J 2.pdf |
| | Federal Appendix I.pdf |
| | Federal Appendix H.pdf |

**CAUTION - EXTERNAL:**

To Whom it May Concern,

David and Sandy Marrett
184 Vineland Ave.
East Longmeadow, MA 01028
(843) 471-6099
sandymarrett@proton.me
are submitting the following documents.

Appendixes A - J2

Sent with Proton Mail secure email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.