| From: | Sandy Marrett |
|---|---|
| To: | MED_Joint ECF Inbox |
| Subject: | Marrett Filing Attachments |
| Date: | Friday, August 23, 2024 10:41:39 AM |
| Attachments: | Federal Appendix L.pdf |
| | Federal Appendix K3.pdf |
| | Federal Appendix K12.pdf |
| | Federal Appendix K4.pdf |
| | Federal Appendix K13.pdf |
| | Federal Appendix K6.pdf |
| | Federal Appendix K8.pdf |
| | Federal Appendix K7.pdf |
| | Federal Appendix K1.pdf |
| | Federal Appendix K9.pdf |
| | Federal Appendix K11.pdf |
| | Federal Appendix K5.pdf |
| | Federal Appendix K10.pdf |
| | Federal Appendix K2.pdf |

**CAUTION - EXTERNAL:**

To Whom it May Concern,

David and Sandy Marrett
184 Vineland Ave.
East Longmeadow, MA 01028
(843) 471-6099
sandymarrett@proton.me
are submitting the following documents.

Appendixes K1-L

Sent with Proton Mail secure email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.